THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAMS FINANCIAL PARTNERS, L.P., a Washington limited partnership, and ADAMS FINANCIAL CONCEPTS, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>PATKE ASSOCIATES LTD., an Illinois company,<br><br>Defendant. | CASE NO. C16-0392-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to adjust case schedule (Dkt. No. 29). The parties believe that they will need more time to complete discovery and that it makes sense to have a separate period for expert discovery. (*Id.* at 1.) Accordingly, they propose the following deadline extensions:

| Action | Current Deadline | New Deadline |
|---|---|---|
| Factual discovery cutoff | June 15, 2017 | July 30, 2017 |
| Expert reports due | July 15, 2017 | July 21, 2017 |
| Dispositive motions deadline | July 15, 2017 | August 24, 2017 |

MINUTE ORDER, C16-0392-JCC
PAGE - 1

| Rebuttal expert reports due | August 15, 2017 | August 21, 2017 |
| --- | --- | --- |
| Expert discovery cutoff | N/A | September 8, 2017 |

The motion (Dkt. No. 29) is GRANTED. However, the parties are forewarned that, given the late dispositive motions deadline, the Court cannot guarantee the current trial date of October 16, 2017.

DATED this 7th day of April 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER, C16-0392-JCC
PAGE - 2