THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAMS FINANCIAL PARTNERS, L.P., a Washington limited partnership, and ADAMS FINANCIAL CONCEPTS, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>PATKE ASSOCIATES LTD., an Illinois company,<br><br>Defendant. | CASE NO. C16-0392-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to seal (Dkt. No. 35). Given the nature of the information contained in the filings, the Court finds good cause to seal. The motion to seal (Dkt. No. 35) is GRANTED. Docket Numbers 43, 44, and 45 shall REMAIN sealed.

DATED this 26th day of April 2017.

    William M. McCool
    Clerk of Court

    s/Paula McNabb
    Deputy Clerk