THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ADAMS FINANCIAL PARTNERS, L.P., a Washington limited partnership, and ADAMS FINANCIAL CONCEPTS, LLC, a Washington limited liability company,

Plaintiffs,

v.

PATKE ASSOCIATES LTD., an Illinois company,

Defendant.

CASE NO. C16-0392-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to seal (Dkt. No. 50) Exhibit E of the Kosten Declaration (Dkt. No. 31-1). Based on the argument set forth in the parties' stipulated motion (Dkt. No. 50 at 1-3)—namely, the protection of non-party identities and financial information—the Court finds good cause to GRANT the motion.

However, as a practical matter, Exhibit E cannot be sealed and redacted because it was not filed as a standalone document on the electronic docket. Instead, it is part of a document (Dkt. No. 31-1) along with Exhibits A-D. To address this issue, the Court DIRECTS: (1) the Clerk to seal Docket Number 31-1; (2) the parties to resubmit Exhibits A-D of the Kosten

Declaration as a standalone document that will not be sealed; and (3) the parties to file the redacted version of Exhibit E as a standalone document.

DATED this 15th day of June 2017.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk