THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ADAMS FINANCIAL PARTNERS, L.P., a Washington limited partnership, and ADAMS FINANCIAL CONCEPTS, LLC, a Washington limited liability company, | CASE NO. C16-0392-JCC |
| --- | --- |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| PATKE ASSOCIATES LTD., an Illinois company, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' second stipulated motion to adjust the case schedule (Dkt. No. 61). The parties have agreed to mediate on August 30, 2017. (*Id.* at 1.) Accordingly, they propose the following deadline extensions:

| **Action** | **Current Deadline** | **New Deadline** |
| --- | --- | --- |
| Rebuttal expert reports due | August 21, 2017 | September 11, 2017 |
| Expert discovery cutoff | September 8, 2017 | September 29, 2017 |

The motion (Dkt. No. 61) is GRANTED. These adjustments do not affect any other case management deadlines, including the trial date.

MINUTE ORDER, C16-0392-JCC
PAGE - 1

DATED this 8th day of August 2017.

        William M. McCool
        Clerk of Court

        s/Paula McNabb
        Deputy Clerk