THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAMS FINANCIAL PARTNERS, L.P., a Washington limited partnership, and ADAMS FINANCIAL CONCEPTS LLC, a Washington limited liability company,<br><br>                    Plaintiff,<br><br>          v.<br><br>PATKE & ASSOCIATES LTD., an Illinois company,<br><br>                    Defendant. | CASE NO. C16-0392-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court after it was provided electronic mail notice by Plaintiffs' counsel that the parties have settled this lawsuit. The parties are ORDERED to file a notice of settlement with the Clerk of Court within 21 days. The Court also ORDERS any pending case management dates VACATED.

DATED this 1st day of September 2017.

//

//

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk