THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ADAMS FINANCIAL PARTNERS, L.P., a Washington limited partnership, and ADAMS FINANCIAL CONCEPTS, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br>v.<br><br>PATKE ASSOCIATES, LTD, an Illinois company,<br><br>Defendants. | CASE NO. C16-0392-JCC<br><br>MINUTE ORDER ON STIPULATED DISMISSAL WITH PREJUDICE |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 65). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

//

DATED this 18th day of October 2017

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER ON STIPULATED DISMISSAL
WITH PREJUDICE C16-0392-JCC
PAGE - 2